**Vacated and Remanded and Memorandum Opinion filed April 25, 2019.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-16-00259-CV

### AMERICAN HONDA FINANCE CORPORATION, ON BEHALF OF HONDA LEASE TRUST, Appellant

**V.**

### CITY OF HOUSTON, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1052922**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 12, 2016. On April 5, 2019, appellant filed an unopposed motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 12, 2016, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.